## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 08-14054-CR-MOORE

UNITED STATES OF AMERICA,

      Plaintiff(s),

vs.

JOE LOUIS HAWKINS, JR.,

      Defendant(s).

                         /

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Frank J. Lynch's Report and Recommendation on Defendant's Motion to Suppress. After review of the record and having received no objections thereto, it is

ORDERED AND ADJUDGED that Magistrate Judge Lynch's Report and Recommendation issued February 5, 2009 is hereby ADOPTED.

DONE AND ORDERED in Chambers at Miami, Florida this /8/ day of February, 2009.

                         K. MICHAEL MOORE
                         UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record